## JAMES BOYLE *v.* THE CITY OF NEWBERN.

Cities, &c., are resposible to their officials for services rendered to them
by the latter during the existence of the Provisional Government.
(*Cooke v Cooke*, Phil. 583, approved.)

ASSUMPSIT, tried before *Thomas, J.,* at Spring Term
1870, of CRAVEN Court.

The plaintiff had served as policeman in Newbern from
July 1865 to March 1866, under an appointment by persons,
who, during that time, acted as Mayor and Commissioners
of the City under an appointment by Governor Holden,
whilst Provisional Governor.

Under the instructions of his Honor there was a verdict
and judgment for the plaintiff; and the defendant appealed.

*Manly & Haughton,* for the appellant.
*Green, contra.*

DICK, J, Upon the subjugation of North Carolina in
1865, the functions of the State government and of all mu-
nicipal corporations which constituted a part of the State
government, was suspended. In this condition of anarchy
the President of the United States rightfully established a
Provisional Government, invested with power to regulate
the police of the State, to administer justice, &c.: *Cooke* v.
*Cooke,* Phil. 583, and the authorities therein cited. By
virtue of such power the Provisional Governor appointed
and commissioned certain municipal officers in the City of
Newbern, who employed the plaintiff as a policeman. The
plaintiff performed the duties assigned him, and the City of
Newbern received the benefit of his services, and is liable
for his claim for compensation.

In order that no difficulties might arise about questions

like the present, the acts of municipal officers of towns and other officers and agents of the late Provisional Government were declared valid by the Convention of 1865 and the Legislature of 1866; See Ordinance of Oct. 18th 1865; Acts 1866, ch. 36, s. 1; Const. Art. 4, s. 24.

There is no error.

PER CURIAM.                    Judgment affirmed.